**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer M. Martin aka Jennifer Margaret Martin aka Jennifer Margarite Martin | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-10950 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
04 May 2022, 13:15:56, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: edf4bfbd5ca840735bb24169a3e79010441e7fa1322233a77aca8258006cb7ec