# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Chapter 13

JENNIFER M. MARTIN                    Bankruptcy No. 22-10950-MDC

2021 E Venango St

Philadelphia, PA 19134-2121

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JENNIFER M. MARTIN

    2021 E Venango St

    Philadelphia, PA 19134-2121

**Counsel for debtor(s), by electronic notice only.**
    TAMIKA NICOLE WYCHE
    2985 YORKSHIP SQUARE, SUITE 1A

    CAMDEN, NJ 08104-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/31/2022                                                                       /s/ Kenneth E. West

                                                                              _____
                                                                              Kenneth E. West, Esquire
                                                                              Chapter 13 Standing Trustee