UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  JENNIFER M. MARTIN | : | CASE NO.:  22-10950-mdc |
| Debtor | : | CHAPTER 13 |

**CERTIFICATION OF SERVICE**

I, Tamika N. Wyche, Esquire, hereby certify that on June 23, 2022, a true and correct copy of the First Amended Chapter 13 Plan was served upon the creditors who filed claims under #2 and #3 on the Court's Claim Registry by first-class mail, postage pre-paid.  The Chapter 13 Trustee and United States Trustee received a copy by electronic service through the ECF system.

Respectfully submitted,

LAW OFFICE OF DAVID PAUL DANIELS, LLC

Dated: June 23, 2022      By: /s/ Tamika N. Wyche
Tamika N. Wyche, Esquire
Law Office of David Paul Daniels, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey  08104
Phone No.:  (856) 338-0411
Fax No.:  (856) 541-0891