**L.B.F.  3015-6A**

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :      **Chapter** 13
JENNIFER M. MARTIN                              :
                          **Debtor(s)**         :      **Bky. No.**  22-10950-mdc

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1.  The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.  The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**                                    _____
                                             [name]
                                             Attorney for Debtor(s)

**Date:** 7/28/22                            *Jennifer Martin*
                                             _____
                                             [name]
                                             Debtor

**Date:**                                    _____
                                             [name]
                                             Debtor