UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  JENNIFER MARTIN : | CASE NO.:  22-10950-MDC |
| Debtor : | CHAPTER 13 |

**CERTIFICATION OF SERVICE**

I, Tamika N. Wyche, Esquire, hereby certify that on July 28, 2022, a true and correct copy of the Second Amended Chapter 13 Plan was served upon the creditors, who filed claims under #2 and #3 on the Court's Claim Registry by first-class mail, postage pre-paid.  The Chapter 13 Trustee and United States Trustee received a copy by electronic service through the ECF system.

Respectfully submitted,

LAW OFFICE OF DAVID PAUL DANIELS, LLC

Dated:  July 28, 2022            By: /s/ Tamika N. Wyche
                  Tamika N. Wyche, Esquire
                  Law Office of David Paul Daniels, LLC

                  2985 Yorkship Square, Suite 1A
                  Camden, New Jersey  08104
                  Phone No.:  (856) 338-0411
                     Fax No.:  (856) 541-0891