FILE NO. 10469
TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JENNIFER M. MARTIN          CASE NO.: 22-10950 MDC

CHAPTER 13

CERTIFICATION IN OPPOSITION TO
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
FILED BY PENNSYLVANIA HOUSING FINANCE AGENCY

I, Jennifer M. Martin, Debtor, hereby certify:

1. I filed for protection under 11 U.S.C. Chapter 13 on April 12, 2022.

2. Pennsylvania Housing Finance Agency filed a motion for relief from the automatic stay stating that they have not received any post petition payments.

3. I made timely payments from May 2022 through August 2022.

4. Once the motion was filed, I contacted the check cashing establishment and had them trace the payments.

5. None of the payments made were accepted by the mortgage company.

6. All payments were returned to me on August 22, 2022.

7. I am going to the post office to purchase money orders for the payments made in the amount of $1,488.00.

8. I will also give my attorney payments for September 2022.

9. This certification is being made in an effort to resolve the issues raised by Pennsylvania Housing Finance Agency in its motion.

I certify that the foregoing statements are true and correct. I understand that if any statement is willfully false I am subject to punishment.

Dated: August 22, 2022            Respectfully submitted,


BY: /s/ Jennifer M. Martin
JENNIFER M. MARTIN, DEBTOR