

FIRSTPAY RECEIPT
4/29/2022 1:28 PM
AGENT: PE218
DIAMOND CHECK CASHING - WESTMORE
2314 E WESTMORELAND ST
PHILADELPHIA, PA 19134
215-425-3114

ACCT NO                          AMOUNT
-PAYMENTS-
PENNSYLVANIA HOUSING FINANCE AGE
2513224                          $368.33

PAYMENT TOTAL:                   $368.33

FEE:                               $2.00

TOTAL DUE:                       $370.33

CASH                             $370.33

OPER: ANDREA                 REF#: 0649
FTID: PE218

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇
THANK YOU.
YOUR PAYMENT MAY TAKE UP TO 3
BUSINESS DAYS TO POST TO YOUR
ACCOUNT.
◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

information may be faxed to (717) 780-3853, emailed to escrow@... 17105-5057. The mortgagee clause should read "PHFA ISAOA/ATIMA, P.O. Box is responsibility to make sure you send any refund from your previous insurance carrier address.



firstpay

FIRSTPAY RECEIPT
6/1/2022 2:00 PM
AGENT: PE104
UNITED CHECK CASHING
2360 E ALLEGHENY AVE
PHILADELPHIA, PA 19134
215-739-1530

ACCT NO                          AMOUNT
-PAYMENTS-
PENNSYLVANIA HOUSING FINANCE
2513224                          $368.33

PAYMENT TOTAL:                   $368.33

FEE:                               $2.00

TOTAL DUE:                       $370.33

CASH                             $370.33

OPER: MARGIE          REF#: 1267
FTID: PE104

THANK YOU.
YOUR PAYMENT MAY TAKE UP TO
3 BUSINESS DAYS TO POST TO
YOUR ACCOUNT.

information may be faxed to (717) 780-3853, emailed to escrow@phfa.org, or mailed to PHFA, P.O. Box 1
17105-5057. The mortgagee clause should read "PHFA ISAOA/ATIMA, P.O. Box 15057, Harrisburg, PA
responsibility to make sure you send any refund from your previous insurance carrier to the Escrow depart
address.



TOP COPY TO CUSTOMER
BOTTOM COPY TO AGENT

## firstpay

FIRSTPAY RECEIPT
6/29/2022 2:01 PM
AGENT: PE104
UNITED CHECK CASHING
2360 E ALLEGHENY AVE
PHILADELPHIA, PA 19134
215-739-1530

| ACCT NO | AMOUNT |
|---|---|
| -PAYMENTS- | |
| PENNSYLVANIA HOUSING FINANCE | |
| 2513224 | $368.33 |
| PAYMENT TOTAL: | $368.33 |
| FEE: | $2.00 |
| TOTAL DUE: | $370.33 |
| CASH | $370.33 |

OPER: MARGIE        REF#: 1315
FTID: PE104

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

THANK YOU.
YOUR PAYMENT MAY TAKE UP TO
3 BUSINESS DAYS TO POST TO
YOUR ACCOUNT.

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

information may be faxed to (717) 780-3853, emailed to escrow@phfa.org, or mailed to PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057. The mortgagee clause should read "**PHFA ISAOA/ATIMA, P.O. Box 15057, Harrisburg, PA** responsibility to make sure you send any refund from your previous insurance carrier to the Escrow depart address.

8/16/2022. 2:15 PM

