UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  JENNIFER MARTIN | : | CASE NO.:  22-10950-MDC |
| Debtor | : | CHAPTER 13 |

**CERTIFICATION OF SERVICE**

I, Tamika N. Wyche, Esquire, hereby certify that on September 29, 2022, a true and correct copy of the Third Amended Chapter 13 Plan was served upon all creditors on the Court's Claim Registry by first-class mail, postage pre-paid.  The Chapter 13 Trustee and United States Trustee received a copy by electronic service through the ECF system.

Respectfully submitted,
LAW OFFICE OF DAVID PAUL DANIELS, LLC

Dated:  September 29, 2022

By: /s/ Tamika N. Wyche
Tamika N. Wyche, Esquire
Law Office of David Paul Daniels, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey  08104
Phone No.:  (856) 338-0411
Fax No.:  (856) 541-0891