**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer M. Martin | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-10950-MDC |

**CERTIFICATION OF SERVICE**

    I, Tamika N. Wyche, Esquire, hereby certify that on April 4, 2023, I caused to be served true and correct copies of the Debtor's Praecipe to Withdraw Petition and Dismiss Case, electronically on the Standing Trustee, Kenneth West, Esquire and the U.S. Trustee and by First Class Mail, postage prepaid on all creditors and on the Debtor at the following address:

Jennifer M. Martin<br>
2021 E. Venango Street<br>
Philadephia, PA 19134

<u>VIA ECF</u>
Kenneth West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

<u>VIA ECF</u>
U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 4, 2023                    Signed: /s/ Tamika N. Wyche
                                                Tamika N. Wyche, Esquire
                                                Attorney ID: 200233
                                                Law Office of David Paul Daniels, LLC
                                                2985 Yorkship Square, Suite 1A
                                                Camden, New Jersey 08104
                                                Phone No.: (856) 338-0411
                                                Fax No.: (856) 541-0891