# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Jennifer M. Martin | : | |
| | : | |
|    Debtor(s) | : | Bankruptcy No. 22-10950-MDC |

## ORDER

AND NOW, it appearing that Debtor has filed a Praecipe to withdraw the above captioned petition, it is

ORDERED that this case be and hereby is DISMISSED.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated: April 10, 2023

cc:

Tamika N. Wyche, Esquire
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104

Kenneth West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Jennifer Martin
2021 E. Venango Street
Philadephia, PA 19134